Reset Form    Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:13-cv-183-JAG__, Case Name __Francis J. Reuter v. Star Scientific, Inc., et al__
Party Represented by Applicant: __Star Scientific, Inc.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Nicholas George Terris__
Bar Identification Number __461837__    State __DC__
Firm Name __K&L Gates LLP__
Firm Phone # __202-778-9000__    Direct Dial # __202-778-9408__    FAX # __202-778-9100__
E-Mail Address __nicholas.terris@klgates.com__
Office Mailing Address __1601 K Street, N.W., Washington, DC 20006__

Name(s) of federal court(s) in which I have been admitted __see attached__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____    __4/17/13__
(Signature)                         (Date)
__EDWARD E. BAGNELL, JR__           __74647__
(Typed or Printed Name)             (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____    _____
(Judge's Signature)                 (Date)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

Federal Courts in which I have been admitted:

| Court Name |
| --- |
| U.S. Supreme Court |
| United States Court of Appeals for the First Circuit |
| United States Court of Appeals for the Second Circuit |
| United States Court of Appeals for the Third Circuit |
| United States Court of Appeals for the Fourth Circuit |
| United States Court of Appeals for the Sixth Circuit |
| United States Court of Appeals for the Ninth Circuit |
| United States Court of Appeals for the District of Columbia Circuit |
| U.S. District Court for the District of Maryland |
| U.S. District Court for the Western District of Tennessee |