IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE STAR SCIENTIFIC, INC. SECURITIES LITIGATION | ) Master File No. 3:13-CV-00183-JAG <br> ) <br> ) <u>CLASS ACTION</u> <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION TO EXTEND DEADLINES FOR FILING PLAINTIFF'S OPERATIVE AMENDED COMPLAINT AND DEFENDANTS' DEADLINE TO MOVE, ANSWER, OR OTHERWISE RESPOND**

Defendants Star Scientific, Inc., Rock Creek Pharmaceuticals, Inc., Paul L. Perito, Jonnie R. Williams, Sr., Park A. Dodd, III, and Curtis Wright ("Defendants") and Lead Plaintiff Nancy Lopes ("Lead Plaintiff"), by and through their respective undersigned counsel, hereby move the Court for an order extending the time for Lead Plaintiff to file the operative amended complaint (the "Amended Complaint") and the time for Defendants to move, answer, or otherwise respond to the Amended Complaint. In support of their joint motion, the parties state the following:

Plaintiff Francis J. Reuter ("Reuter") and Defendants previously moved the Court for a Joint Motion Regarding the Lead Plaintiff's Time to Designate an Operative Complaint and Defendants' Time to Move, Answer or Otherwise Respond (Document No. 12), and the Court so-ordered, that lead plaintiff would file the Amended Complaint within forty-five (45) days from the entry of the Court's order appointing the lead plaintiff. *See* Document No. 13. Plaintiff Francis J. Reuter ("Reuter") and Defendants also moved, and the Court so-ordered, that Defendants shall have forty-five (45) days after both the motion for appointment as lead plaintiff had been resolved and the lead plaintiff had served the Amended Complaint to move, answer, or otherwise respond. *See id.*

Subsequently, the Court ordered the consolidation of the related actions, appointed Nancy Lopes as lead plaintiff in this consolidated action, and selected the law firms of Robbins Arroyo

LLP and Hirschler Fleischer, P.C., as lead counsel and liaison counsel, respectively, for the Class.

WHEREAS the parties now request that the Court extend: (i) the deadline for Lead Plaintiff to file the Amended Complaint from August 5, 2013, to and including September 5, 2013; and (ii) the deadline for Defendants to move, answer, or otherwise respond to the Amended Complaint from September 19, 2013, to and including October 25, 2013.

*The parties waive oral argument.*

Dated: July 22, 2013

Respectfully submitted,

NANCY LOPES

/s/
Franklin R. Cragle, III
VSB No. 78398
Collin J. Hite
VSB No. 38869
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone: 804.771.9500
Facsimile: 804.644.0957
fcragle@hf-law.com
chite@hf-law.com

*Liaison Counsel for Plaintiffs*

Brian J. Robbins (admitted *pro hac vice*)
Stephen J. Oddo (admitted *pro hac vice*)
Edward Gerard (admitted *pro hac vice*)
Justin D. Rieger (admitted *pro hac vice*)
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, California 92100
Telephone:   619.525.3990
Facsimile:    619.525.3991
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com

egerard@robbinsarroyo.com
jrieger@robbinsarroyo.com

AND

*STAR SCIENTIFIC, INC., ROCK CREEK PHARMACEUTICALS, INC., PAUL L. PERITO, JONNIE R. WILLIAMS, SR., PARK A. DODD, III and CURTIS WRIGHT*

Maurice Francis Mullins
VSB No. 47213
Edward Everett Bagnell, Jr.
VSB No. 74647
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Post Office Box 1555
Richmond, Virginia 23218
Telephone:    804.697.2069
Facsimile:    804.697.2169
cmullins@spottsfain.com
ebagnell@spottsfain.com

Charles Lee Elsen
Nicholas George Terris
Amy Jo Eldrige
K & L GATES LLP
1601 K Street, NW
Washington, D.C. 20006
Telephone:    202.778.9000
Facsimile:    202.778.9100
charles.elsen@klgates.com
nicholas.terris@klgates.com
amy.eldridge4@klgates.com

*Counsel for Defendants Star Scientific, Inc. Rock Creek Pharmaceuticals, Inc., Paul L. Perito, Jonnie R. Williams, Sr., Park A. Dodd, III and Curtis Wright*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of July, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Michael F. Imprevento
BREIT DRESCHER IMPREVENTO & WALKER
Towne Pavilion Center II
600 22nd St, Suite 402
Virginia Beach, VA 23451
Telephone: (757) 670-3884
Facsimile: (757) 299-8035
mimprevento@breitdrescher.com

Marc I. Gross
Lesley F. Portnoy
Jeremy A. Lieberman
POMERANTZ GROSSMAN HUFFORD
  DAHLSTROM & GROSS LLP
600 Third Ave., 20th Floor
New York, NY 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
jalieberman@pomlaw.com

Patrick V. Dahlstrom
POMERANTZ GROSSMAN HUFFORD
  DAHLSTROM & GROSS LLP
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone:  (312) 377-1181
Facsimile:  (312) 377-1184
pdahlstrom@pomlaw.com

Peretz Bronstein
BRONSTEIN GEWIRTZ & GROSSMAN LLP
600 E 42 Street, Suite 4600
New York, NY 10165
Telephone:  (212) 697-6484
Facsimile:  (212) 697-7296
peretz@bgandg.com

Philip Kim
THE ROSEN LAW FIRM PA
275 Madison Ave, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
pkim@rosenlegal.com

*Counsel for Plaintiff Francis J. Reuter*

Andrew George Simpson
THE SIMPSON LAW FIRM, PLLC
1921 Gallows Road, Suite 750
Vienna, VA 22182
Telephone: (703) 548-3900
Facsimile: (703) 883-0899
andrew@andrewsimpson.com

Reed R. Kathrein
Peter E. Borkon
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7291
Facsimile: (206) 623-0594
steve@hbsslaw.com

Nathan M. Cihlar
STRAUS & BOIES, LLP
4041 University Drive, 5th Floor
Fairfax, VA 22030
Telephone: (703) 764-8700
Facsimile: (703) 764-8704
ncihlar@straus-boies.com

*Counsel for movant STSI Investor Group*

Maurice Francis Mullins
Edward Everett Bagnell, Jr.
SPOTTS FAIN PC
411 E. Franklin St., Suite 600
P.O. Box 1555
Richmond, VA 23218
Telephone: (804) 697-2069
Facsimile: (804) 697-2169
cmullins@spottsfain.com
ebagnell@spottsfain.com

Charles Lee Elsen
Nicholas George Terris
Amy Jo Eldridge
K & L GATES LLP
1601 K Street, NW
Washington, D.C. 20006
Telephone: (202) 778-9000
Facsimile: (202) 778-9100
charles.elsen@klgates.com
nicholas.terris@klgates.com
amy.eldridge4@klgates.com

*Counsel for Defendants Star Scientific, Inc., Rock Creek Pharmaceuticals, Inc., Paul L. Perito, Jonnie R. Williams, Sr., Park A. Dodd, III and Curtis Wright*

                                                /s/
                                    Franklin R. Cragle, III
                                    VSB No. 78398
                                    HIRSCHLER FLEISCHER, P.C.
                                    The Edgeworth Building
                                    2100 East Cary Street
                                    Post Office Box 500
                                    Richmond, Virginia 23218-0500
                                    Telephone: 804.771.9500
                                    Facsimile: 804.644.0957
                                    fcragle@hf-law.com

5102581-3  039186.00001