CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                              DATE: 1/7/14

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>Francis J. Reuter, et al.<br>v.<br>Star Scientific, Inc., et al. | CASE NO: 3:13CV183<br>JUDGE: Gibney<br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR:  BENCH TRIAL ( )  MOTION HEARING (X)  OTHER: _____

APPEARANCES:  Parties by (✓)/with ( ) counsel     Pro Se ( )

MOTIONS BEFORE TRIAL: Motion to Dismiss and Request for Judicial Notice

**PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )   DEFENDANT(S) ( )  Court ( )
OPENING STATEMENTS MADE ( )        OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____
DEFENDANT(S) ADDUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____
EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD (✓)

CASE CONTINUED UNTIL March 12, 2014 AT 11:00 A.M. FOR Class Certification Hrg

ADDITIONAL NOTATIONS:
The court will not dismiss the case at this time; the court orders additional briefing on the core operations doctrine; the briefs are due within 10 days; the plaintiff shall file their motion to certify the class by Jan. 31; the response is due on Feb 28; rebuttal is due by March 7, a Class Certification Hrg is scheduled for March 12 at 11:00 a.m.; a Jury Trial is set for Sept 15 at 9:30; Magistrate Judge Novak is assigned as the settlement judge.

Collin J. Hite, Stephen J. Oddo, Franklin R. Cragle, III
Counsel for Plaintiff(s)

Maurice F. Mullins, Charles L. Eisen, Nicholas G. Terris, Edward E. Bagnell, Jr.
Counsel for Defendant(s)

SET: 1:30   BEGAN: 1:37   ENDED: 2:41   TIME IN COURT: 1:04
RECESSES: Pretrial Conference: 2:28 - 2:41