**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE STAR SCIENTIFIC, INC. | ) | Master File No.: 3:13-CV-0183-JAG |
| SECURITIES LITIGATION | ) | |
| | ) | <u>CLASS ACTION</u> |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## <u>UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CONSOLIDATED AMENDED COMPLAINT</u>

COMES NOW Defendant Jonnie R. Williams, Sr., by counsel, and respectfully requests an extension of time of seven (7) days to respond to the Consolidated Amended Complaint. Counsel for Plaintiffs does not object to the relief requested herein.  In support of his motion, Defendant states as follows:

1.      On September 5, 2013, Plaintiffs filed a Consolidated Amended Complaint in this Court.  The Consolidated Amended Complaint alleges Defendants Star Scientific, Inc., Rock Creek Pharmaceuticals, Inc., Paul L. Perito, Jonnie R. Williams, Sr., Park A. Dodd, III, and Curtis Wright (collectively "Defendants") made false and materially misleading statements and omissions in violation of federal securities laws.

2.      Pursuant to an Initial Pretrial Order [Doc. No. 61], which governs the pretrial schedule for this case, Defendants' response to the Consolidated Amended Complaint was due on January 17, 2014.  The Initial Pretrial Order states that in extraordinary cases, the Court will modify this requirement on motion of a party.  (Pretrial Order ¶ 4.)

3.      On January 16, 2014, upon consideration of Defendants' Consent Motion for an Extension of Time to File an Answer [Doc. No. 63], the Court ordered Defendants to file an answer on or before January 24, 2014 [Doc. No. 64].

4.      On January 23, 2014, counsel for Defendant Star Scientific and Defendant Williams agreed that Defendant Williams should retain separate counsel to file a separate answer to the Consolidated Amended Complaint.  Defendant Williams retained counsel on that same day.

5.      Also on January 23, 2014, Nicholas Terris, counsel for Defendant Star Scientific, conferred with Stephen Oddo, counsel for Plaintiffs, and advised that Defendant Williams had retained counsel and would file a separate answer to the Consolidated Amended Complaint. Counsel for Plaintiffs did not object to the relief requested in this Motion.

6.      Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and for good cause to accommodate this change of counsel and to provide the time necessary for Defendant Williams to respond to the Consolidated Amended Complaint, Defendant Williams respectfully requests that this Court extend the deadline to respond to the Consolidated Amended Complaint by seven (7) days to January 31, 2014.

WHEREFORE, Defendant Williams respectfully requests that the Court enter the proposed Order, attached hereto, granting this motion and extending the deadline by which Defendant Williams must answer the Consolidated Amended Complaint to January 31, 2014, or granting Defendant Williams such other and further relief as the Court deems appropriate.

Dated: January 24, 2014

Respectfully Submitted,

**JONNIE R. WILLIAMS, SR.**

      /s/
_____
Richard Cullen (VSB No. 16765)
Anne Whittemore (VSB No. 09221)
Anne B. McCray (VSB No. 42209)
Ryan E. Bonistalli (VSB No. 76517)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Telephone: (804) 775-1000
Facsimile: (804) 775-1065
Email: rcullen@mcguirewoods.com
Email: awhittemore@mcguirewoods.com
Email: amccray@mcguirewoods.com
Email: rbonistalli@mcguirewoods.com
*Counsel for Defendant Jonnie R. Williams, Sr.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing (NEF) to the following:

| | |
|---|---|
| M. F. Connell Mullins, Jr.<br>Edward E. Bagnell, Jr.<br>Spotts Fain PC<br>411 E. Franklin Street<br>Suite 600<br>Richmond, VA 23219<br>Telephone: (804) 697-2077<br>Facsimile: (804) 697-2177<br>Email: cmullins@spottsfain.com<br>Email: ebagnell@spottsfain.com<br>*Counsel for Defendants Star Scientific, Inc., Rock Creek Pharmaceuticals, Inc., Paul L. Perito, Park A. Dodd, III, and Curtis Wright*<br><br>Charles Lee Eisen<br>Nicholas G. Terris<br>Amy J. Eldridge<br>K&L GATES LLP<br>1601 K Street, N.W.<br>Washington, D.C. 20006-1600<br>Telephone: (202) 778-9000<br>Facsimile: (202) 778-9100<br>Email: Charles.Eisen@klgates.com<br>Email: Nicholas.Terris@klgates.com<br>Email: Amy.Eldridge@klgates.com<br>*Counsel for Defendants Star Scientific, Inc., Rock Creek Pharmaceuticals, Inc., Paul L. Perito, Park A. Dodd, III, and Curtis Wright*<br><br>Collin J. Hite (VSB #33869)<br>Franklin R. Cragle, III (VSB #78398)<br>Hirschler Fleischer, P.C.<br>2100 E. Cary St.<br>P.O. Box 500<br>Richmond, VA 23218-0500<br>Telephone: (804) 771-9500<br>Facsimile: (757) 644-0957<br>Email: chite@hf-law.com<br>Email: fcragle@hf-law.com<br>*Lead Counsel for Lead Plaintiff Nancy Lopes, the Proposed Class, and Marty Cole* | Edward B. Gerard (*pro hac vice*)<br>Brian J. Robbins (*pro hac vice*)<br>Gregory Del Gazio (*pro hac vice*)<br>Justin D. Rieger (*pro hac vice*)<br>Stephen J. Oddo (*pro hac vice*)<br>Robbins Arroyo LLP<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 525-3990<br>Fax: (619) 525-3991<br>Email: egerard@robbinsarroyo.com<br>Email: brobbins@robbinsarroyo.com<br>Email: gdelgaizo@robbinsarroyo.com<br>Email: jrieger@robbinsarroyo.com<br>Email: soddo@robbinsarroyo.com<br>*Lead Counsel for Lead Plaintiff Nancy Lopes, the Proposed Class, and Marty Cole*<br><br>Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7291<br>Facsimile: (206) 623-0594<br>Email: steve@hbsslaw.com<br>*Counsel for STSI Investor Group*<br><br>Michael F. Imprevento<br>BREIT DRESCHER IMPREVENTO & WALKER<br>Towne Pavilion Center II<br>600 22nd St, Suite 402<br>Virginia Beach, VA 23451<br>Telephone: (757) 670-3884<br>Facsimile: (757) 299-8035<br>Email: mimprevento@breitdrescher.com<br>*Counsel for Francis J. Reuter* |

Reed R. Kathrein
Peter E. Borkon
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: reed@hbsslaw.com
Email: peterb@hbsslaw.com
*Counsel for STSI Investor Group*

Andrew George Simpson
THE SIMPSON LAW FIRM, PLLC
1921 Gallows Road, Suite 750
Vienna, VA 22182
Telephone: (703) 548-3900
Facsimile: (703) 883-0899
Email: andrew@andrewsimpson.com
*Counsel for movant STSI Investor Group*

Nathan M. Cihlar
STRAUS & BOIES, LLP
4041 University Drive, 5th Floor
Fairfax, VA 22030
Telephone: (703) 764-8700
Facsimile: (703) 764-8704
ncihlar@straus-boies.com
*Counsel for STSI Investor Group*

Marc I. Gross
Lesley F. Portnoy
Jeremy A. Lieberman
POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP
600 Third Ave., 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: migross@pomlaw.com
Email: lfportnoy@pomlaw.com
Email: jalieberman@pomlaw.com
*Counsel for Francis J. Reuter*

Patrick V. Dahlstrom
POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com
*Counsel for Francis J. Reuter*

Philip Kim
THE ROSEN LAW FIRM PA
275 Madison Ave, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
*Counsel for Francis J. Reuter*

Peretz Bronstein
BRONSTEIN GEWIRTZ &
GROSSMAN LLP
600 E 42 Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com
*Counsel for Francis J. Reuter*

_____/s/_____
Richard Cullen (VSB No. 16765)
Anne Whittemore (VSB No. 09221)
Anne B. McCray (VSB No. 42209)
Ryan E. Bonistalli (VSB No. 76517)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Telephone: (804) 775-1000
Facsimile: (804) 775-1065
Email: rcullen@mcguirewoods.com
Email: awhittemore@mcguirewoods.com
Email: amccray@mcguirewoods.com
Email: rbonistalli@mcguirewoods.com
*Counsel for Defendant Jonnie R. Williams, Sr.*