IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE STAR SCIENTIFIC, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) | Master File No.: 3:13-CV-0183-JAG <br><br> <u>CLASS ACTION</u> |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO CONSOLIDATED AMENDED COMPLAINT

THIS MATTER comes before the Court on the Unopposed Motion for Extension of Time to Respond to Consolidated Amended Complaint (the "Motion") filed by the Defendant Jonnie R. Williams, Sr.

IT APPEARING TO THE COURT that there is good cause for granting the Motion; it is hereby

ORDERED Defendant Williams shall file an answer to the Consolidated Amended Complaint on or before January 31, 2014.

Entered this 24th day of January 2014.

/s/ _____
John A. Gibney, Jr.
United States District Judge