IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE STAR SCIENTIFIC, INC. SECURITIES LITIGATION | ) Master File No. 3:13-CV-00183-JAG ) ) <u>CLASS ACTION</u> ) ) ) ) ) |

**LEAD PLAINTIFF'S APPLICATION FOR AN AWARD OF
ATTORNEYS' FEES AND EXPENSES**

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on June 22, 2015, at 10:00 a.m., at the U.S. District Court, Eastern District of Virginia, Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse, 701 East Broad Street, Richmond, Virginia 23219, Lead Plaintiff Nancy Lopes ("Lead Plaintiff") will appear and respectfully move the Court for an order: (1) awarding attorneys' fees in the amount of 33.3% of the Settlement Fund; (2) paying litigation expenses incurred by Plaintiff's Counsel; and (3) awarding a compensatory award to Lead Plaintiff.[1]

This Application is based on the Stipulation, this Application, the accompanying Memorandum of Law, the supporting Declarations of Stephen J. Oddo, Collin J. Hite, Laurence M. Rosen, and Lead Plaintiff, all pleadings and papers filed in this action, the arguments of counsel, and any other matter that the Court may consider at the Final Approval Hearing.

DATED: May 26, 2015                     NANCY LOPES

_/s/_
Collin J. Hite (VSB #38869)
Franklin R. Cragle, III (VSB #78398)

---

[1] All capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Amended Stipulation of Settlement dated and filed with the Court on February 5, 2015 ("Stipulation") (Doc. 123).

HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
P.O. Box 500
Richmond, VA 23218
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email: chite@hf-law.com
      fcragle@hf-law.com

*Liaison Counsel for Plaintiff and the Proposed Class*

Brian J. Robbins (admitted *pro hac vice*)
Stephen J. Oddo (admitted *pro hac vice*)
Edward Gerard (admitted *pro hac vice*)
Justin D. Rieger (admitted *pro hac vice*)
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619)525-3991
Email: brobbins@robbinsarroyo.com
      soddo@ robbinsarroyo.com
      egerard@robbinsarroyo.com
      jrieger@robbinsarroyo.com

*Lead Counsel for Plaintiff and the Proposed Class*

1029136_3

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Maurice Francis Mullins
Edward Everett Bagnell, Jr.
SPOTTS FAIN PC
411 E. Franklin St., Suite 600
P.O. Box 1555
Richmond, VA 23219
Telephone: (804) 697-2069
Facsimile: (804) 697-2169
cmullins@spottsfain.com
ebagnell@spottsfain.com

Charles Lee Eisen
Nicholas George Terris
Amy Jo Eldridge
K & L GATES LLP
1601 K St., NW
Washington, D.C. 20006
Telephone: (202) 778-9000
Facsimile: (202) 778-9100
charles.eisen@klgates.com
nicholas.terris@klgates.com
amy.eldridge@klgates.com

Christina N. Goodrich
K&L GATES LLP
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 552-5547
Facsimile: (310) 552-5001
christina.goodrich@klgates.com

*Counsel for defendants Star Scientific, Inc.,*
*Rock Creek Pharmaceuticals, Inc., Paul L. Perito,*
*Park A. Dodd, III, and Curtis Wright*

Richard Cullen
Anne Whittemore
Anne B. McCray
Ryan E. Bonistalli
MCGUIRE WOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Telephone: (804) 775-1000

- 3 -

Facsimile: (804) 775-1065
rcullen@mcguirewoods.com
awhittemore@mcguirewoods.com
amccray@mcguirewoods.com
rbonistalli@mcguirewoods.com

*Counsel for defendant Jonnie R. Williams, Sr.*

Michael F. Imprevento
BREIT DRESCHER IMPREVENTO & WALKER
Towne Pavilion Center II
600 22nd St, Suite 402
Virginia Beach, VA 23451
Telephone: (757) 670-3884
Facsimile: (757) 299-8035
mimprevento@breitdrescher.com

Marc I. Gross
Lesley F. Portnoy
Jeremy A. Lieberman
POMERANTZ GROSSMAN HUFFORD
   DAHLSTROM & GROSS LLP
600 Third Ave., 20th Floor
New York, NY 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
jalieberman@pomlaw.com

Patrick V. Dahlstrom
POMERANTZ GROSSMAN HUFFORD
   DAHLSTROM & GROSS LLP
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone:  (312) 377-1181
Facsimile:  (312) 377-1184
pdahlstrom@pomlaw.com

Peretz Bronstein
BRONSTEIN GEWIRTZ & GROSSMAN LLP
600 E 42 Street, Suite 4600
New York, NY 10165
Telephone:  (212) 697-6484
Facsimile:  (212) 697-7296
peretz@bgandg.com

Philip Kim
THE ROSEN LAW FIRM PA
275 Madison Ave, 34th Floor
New York, NY 10016
Telephone:  (212) 686-1060
Facsimile:  (212) 202-3827
pkim@rosenlegal.com

*Counsel for Plaintiff Francis J. Reuter*

Andrew George Simpson
THE SIMPSON LAW FIRM, PLLC
1921 Gallows Road, Suite 750
Vienna, VA 22182
Telephone:  (703) 548-3900
Facsimile:  (703) 883-0899
andrew@andrewsimpson.com

Reed R. Kathrein
Peter E. Borkon
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7291
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Nathan M. Cihlar
STRAUS & BOIES, LLP
4041 University Drive, 5th Floor
Fairfax, VA 22030
Telephone:  (703) 764-8700
Facsimile:  (703) 764-8704
ncihlar@straus-boies.com

*Counsel for movant STSI Investor Group*

|  |
|---|
| /s/ |

Collin J. Hite
VSB #38869
Franklin R. Cragle, III
VSB #78398
HIRSCHLER FLEISCHER, P.C.
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218
Telephone: (804) 771-9500
Facsimile: (804) 644-0957

E-mail: chite@hf-law.com
fcragle@hf-law.com