IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE STAR SCIENTIFIC, INC. SECURITIES LITIGATION | ) Master File No. 3:13-CV-00183-JAG <br> ) <br> ) **CLASS ACTION** <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER AWARDING ATTORNEYS' FEES AND EXPENSES

This matter came before the Court for hearing on June 22, 2015, to consider approval of the proposed Settlement (the "Settlement") set forth in the Stipulation of Settlement dated and filed with the Court on February 5, 2015 ("Stipulation"). The Court has reviewed and considered all documents, evidence, objections (if any), and arguments presented in support of or against the Settlement and the application of Lead Plaintiff for an award of attorneys' fees and expenses incurred in the litigation and, having found the Settlement of this litigation to be fair, reasonable, and adequate, and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.  For purposes of this Order, the terms used herein shall have the same meaning as set forth in the Stipulation. This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Parties.

2.  The Court hereby approves the request for attorneys' fees in the amount of $1,966,666.67 which is 33 1/3% of the Settlement Amount of $5,900,000 and the amount of $55,107.66 for reimbursement of costs and expenses incurred by Lead Plaintiff's counsel in connection with the prosecution of this Action, which amounts the Court finds are fair and reasonable. The fees and expenses shall be paid to Lead Counsel in accordance with the terms of the Stipulation.

- 2 -

3.  The Court approves Lead Plaintiff Nancy Lopes' requested incentive award payment in the amount of $9,500, finding such amount to be fair and reasonable for her efforts on behalf of the Settlement Class Members with respect to the litigation of this Action.

IT IS SO ORDERED.

DATED: 6/26/15

/s/ _____
John A. Gibney, Jr.
United States District Judge

THE HONORABLE JOHN A. GIBNEY, JR
UNITED STATES DISTRICT JUDGE

1020846