IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE STAR SCIENTIFIC, INC.
SECURITIES LITIGATION

Master File No. 3:13-CV-00183-JAG

### ORDER

For the reasons articulated in the parties' joint motion, which demonstrate good cause, the Court hereby ORDERS as follows:

1. Defendants have provided due and adequate notice consistent with the Class Action Fairness Act of 2005 (CAFA), 28 U.S.C. § 1715(b), and with the Amended Stipulation of Settlement (dckt. no. 123, filed February 5, 2015) (the "Amended Stipulation").

2. By June 22, 2015, the date of the Final Approval Hearing in this matter, more than ninety (90) days will have elapsed since Defendants served the requisite CAFA notice.

3. The Judgement as defined in the Amended Stipulation in this matter therefore may be entered on or after June 22, 2015.

It is so ORDERED.

The Clerk is directed to send a copy of this Order to all counsel of record.

Dated: 7/6/15
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge